UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
MAHMOUD ALBAYATI,                               )     CIVIL ACTION NO.
    Plaintiff                                       )     3:17-CV-00966-JAM
                                                    )
v.                                              )
                                                    )
ISYNERGY INC. D/B/A FINISH LINE AUTO)
    Defendant                                       )
_____)     SEPTEMBER 1, 2017


NOTICE OF DISMISSAL

    Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Mahmoud Albayati,

through his attorney, hereby gives notice that the plaintiff's claims shall be dismissed

with prejudice, and without costs or attorney's fees.

                    PLAINTIFF, MAHMOUD ALBAYATI,


                By: /s/ *Daniel S. Blinn*
                    Daniel S. Blinn (ct02188)
                    Consumer Law Group, LLC
                    35 Cold Spring Road, Suite 512
                    Rocky Hill, Connecticut 06067
                    Tel (860) 571-0408
                    Fax (860) 571-7457
                    dblinn@consumerlawgroup.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 1st day of September, 2017, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

<u>/s/Daniel S. Blinn</u>
Daniel S. Blinn